UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JOSE LOPEZ-HERNANDEZ           )
                               )
    vs.                        )   Case No. 5:12-cv-08025-LSC-HGD
                               )
UNITED STATES OF AMERICA       )

## DISMISSAL ORDER

On August 9, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor respondent have filed objections.

Instead of objections, petitioner filed a "Motion Clarifying Petitioner's Section 2255(f)(3)." He avers that he is asking that this court assist him in his dealings with the United States Citizenship and Immigration Services and Bureau of Immigration Appeals or, alternatively, hold this matter in abeyance for an indefinite and unspecified period of time.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that petitioner's motion is due to be and is hereby DENIED and this action DISMISSED. Petitioner is advised that it is not the responsibility of this court to assist him with his filings and dealings with the United States Citizenship and Immigration Services or the Bureau of Immigration Appeals. Further, to the extent that petitioner asks that this matter be held in abeyance for an indefinite period of time while he pursues remedies with these agencies, his request is DENIED.

Done this 29th day of August 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704